UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANDERSON CHARLES AND JERMAINE CHARLES,

                                             Plaintiffs,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
DANIEL INGBER, Shield No. 5331, POLICE OFFICER
DONALDSON, Shield No. 8286, SERGEANT SAROSY,
Shield No. 3306, POLICE OFFICER ROSENBERGER,
Shield No. 24499, POLICE OFFICER CAMA, Shield No.
8924, and POLICE OFFICERS JOHN DOES Nos. 1-10,
Shield Nos. Unknown

                                             Defendants.

------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

11 CV 980 (KAM)(JO)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1.    The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       January_____, 2012

| | |
|---|---|
| Scott A. Korenbaum, Esq.<br>*Attorney for Plaintiffs*<br>111 Broadway, Suite 1305<br>New York, New York 10006 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>*Police Officer Ingber, Police Officer*<br>*Donaldson, Police Officer Rosenberg,*<br>*Police Officer Cama, and Sergeant Sarosy*<br>100 Church Street, Room 3-170<br>New York, New York 10007 |
| By: _____<br>    Scott A. Korenbaum, Esq.<br>    Attorney for Plaintiffs | By: _____ 2/6/12<br>    Lisa M. Richardson<br>    Assistant Corporation Counsel |

SO ORDERED: _____
                  HON. KIYO A. MATSUMOTO, U.S.D.J.